Mary Cochenour
Cochenour Law Office, PLLC
7 West 6th Avenue, Suite 4I
P.O. Box 1914
Helena, MT 59624
(406) 422-8716
mary@cochenourlawoffice.com

Jenny Harbine
Emma Shahabi
Earthjustice
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9699 | Phone
(406) 586-9695 | Fax
jharbine@earthjustice.org
eshahabi@earthjustice.org

*Counsel for Plaintiff American Prairie*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| AMERICAN PRAIRIE FOUNDATION, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT; and STEVAN PEARCE, in his official capacity as Director of the United States Bureau of Land Management, <br><br> *Defendants.* | Docket No. 4:26-cv-00282-JTJ <br><br><br> **NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Local Civil Rule 7.1-1, the undersigned hereby certifies that as of this date, other than the named parties, there are no such interested persons, firms, partnerships, or corporations to report.

Plaintiff American Prairie, a Montana based non-profit organization, makes the following disclosure pursuant to Fed. R. Civ. P. 7.1: American Prairie does not have a parent corporation and no publicly held corporation owns a 10-percent or greater ownership interest in the organization.

Respectfully submitted this 4th day of August, 2026.

/s/ *Mary E. Cochenour*

Mary Cochenour
Cochenour Law Office, PLLC
7 West 6th Avenue, Suite 4I
P.O. Box 1914
Helena, MT 59624
(406) 422-8716
mary@cochenourlawoffice.com

Jenny Harbine
Emma Shahabi
Earthjustice
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9699 | Phone
(406) 586-9695 | Fax
jharbine@earthjustice.org
eshahabi@earthjustice.org

*Counsel for Plaintiff American Prairie*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, I caused an accurate copy of the foregoing document to be served via First Class mail on Defendants.

Todd Blanche
Acting Attorney General
US Department of Justice
950 Pennsylvania Ave NW
Washington DC 20530

US Bureau of Land Management
1849 C St NW
Washington DC 20240

Doug Bergum
Secretary of the Interior
1849 C St NW
Washington DC 20240

Stevan Pearce
BLM Director
1849 C St NW
Washington DC 20240

Mark Steger Smith
Acting US Attorney
2601 2nd Ave N, STE 3200
Billings MT 59101


/s/ Mary E. Cochenour
Mary E. Cochenour
Counsel for American Prairie