**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| AMERICAN PRAIRIE FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official Capacity as Secretary of the United States Department of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT; and STEVAN PEARCE, in his official capacity as Director of the United States Bureau of Land Management,<br><br>Defendants. | **CV-26-282-GF-BMM**<br><br>**ORDER** |

Montana Stockgrowers Association, Inc. ("Montana Stockgrowers") and South Phillips County Cooperative State Grazing District ("Grazing District")

moved to intervene as of right pursuant to Federal Rule of Civil Procedure 24(a). (Doc. 27.) Plaintiffs take no position on the motion. (Doc. 35.)

To intervene as of right under Fed. R. Civ. P. 24(a)(2), an applicant must show that "(1) it has a significant protectable interest relating to the property or transaction that is the subject of the action; (2) the disposition of the action may, as a practical matter, impair or impede the applicant's ability to protect its interest; (3) the application is timely; and (4) the existing parties may not adequately represent the applicant's interest." *In re Estate of Ferdinand E. Marcos Human Rights Litig.*, 536 F.3d 980, 984 (9th Cir. 2008).

Plaintiffs are challenging the Bureau of Land Management's ("BLM") May 2026 Decision to issue grazing permits in which only "production-oriented operations" qualify. (Doc. 1 ¶ 1.) Montana Stockgrowers seeks to intervene to protect its members with interests in the particular allotments and grazing practices in the challenged action. (Doc. 28 at 18.) The Grazing District claims that the Montana Legislature established grazing districts to assist with the management of grazing resources and to work with the federal grazing systems established by the Taylor Grazing Act. (*Id.* at 20.) The Grazing District seeks to intervene, because

matters involving the administration and management of BLM grazing allotments are directly related to its purpose. (*Id.*)

Federal Defendants and Montana possess similar, but not necessarily the same, interests as Movants. Movants meet the standard for intervention as of right.

**IT IS ORDERED** that the motion (Doc. 27) for intervention as of right by the Montana Stockgrowers and the Grazing District is hereby **GRANTED**.

DATED this 1st day of October, 2026.

Brian Morris, Chief District Judge
United States District Court